924

No. 77–5063.  Scott et ux. v. Federal National Mortgage Assn.  Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.  Mr. Justice Brennan took no part in the consideration or decision of this case.

No. 77–6217.  Stacy v. Florida.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–371.  Shirley et al. v. Retail Store Employees Union et al.  Sup. Ct. Kan.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sears, Roebuck & Co.* v. *San Diego County District Council of Carpenters, ante,* p. 180.

No. A–967.  Der-Rong Chour v. Ferro, District Director, Immigration and Naturalization Service, et al.  C. A. 2d Cir.  Application for stay of deportation, presented to Mr. Justice Brennan, and by him referred to the Court, denied. The Chief Justice, Mr. Justice Marshall, and Mr. Justice Powell would reject the application since it was not signed by counsel.

No. 77–6727.  Green v. Lee, Governor of Maryland, et al.  Motion for leave to file petition for writ of habeas corpus denied.

No. 77–6555.  Green v. Hunter, U. S. District Judge. Motion for leave to file petition for writ of mandamus denied.

No. 77–1119.  Orr v. Orr.  Appeal from Ct. Civ. App. Ala. Probable jurisdiction noted.